UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

BRAULIO THORNE, ON BEHALF OF HIMSELF
AND ALL OTHER PERSONS SIMILARLY
SITUATED,

                          Plaintiffs,

                          v.

DENNY'S FASHION LLC,

                          Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

No.: 1:24-cv-4031

**NOTICE OF APPEARANCE**

Notice is hereby given of the appearance of the undersigned as counsel for Braulio Thorne, On Behalf of Himself and All Other Persons Similarly Situated in the above-entitled action.  All further notice and copies of pleadings, papers, and other material relevant to this action should be directed to and served upon:

                Jeffrey M. Gottlieb, Esq., (JG-7905)
                Gottlieb & Associates PLLC
                150 East 18th Street, Suite PHR
                New York, NY 10003
                Phone: (212) 228-9795
                Fax: (212) 982-6284
                Jeffrey@Gottlieb.legal

Dated: New York, New York
       May 24, 2024                   Respectfully submitted,

                            **GOTTLIEB & ASSOCIATES PLLC**

                            By: */s/Jeffrey M. Gottlieb, Esq.*
                              Jeffrey M. Gottlieb, Esq.