UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
BRAULIO THORNE,

                             Plaintiff,

  -against-

DENNY'S FASHION LLC,

                            Defendant.
------------------------------------------------------------------------X

Case No.: 1:24-cv-4031 (AT) (SN)

**NOTICE OF APPEARANCE**

      **PLEASE TAKE NOTICE** that Emanuel Kataev, Esq. hereby appears as counsel for the Defendant in the above-captioned case. I certify that I am admitted to practice in the United States District Court for the Southern District of New York.

Dated: Jamaica, New York
       July 8, 2024

Respectfully submitted,

**SAGE LEGAL LLC**
By: */s/ Emanuel Kataev, Esq.*
Emanuel Kataev, Esq.
18211 Jamaica Avenue
Jamaica, NY 11423-2327
(718) 412-2421 (office)
(917) 807-7819 (cellular)
(718) 489-4155 (facsimile)
emanuel@sagelegal.nyc

*Attorneys for Defendant
Denny's Fashion LLC*

**VIA ECF**
Gottlieb & Associates PLLC
Attn: Jeffrey Gottlieb, Esq.
150 East 18th Street, Suite PHR
New York, NY 10003
(212) 228-9795 (office)
(212) 982-6284 (facsimile)
jeffrey@gottlieb.legal

*Attorneys for Plaintiff*