UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRAULIO THORNE, ON BEHALF OF HIMSELF AND ALL OTHER PERSONS SIMILARLY SITUATED,

                Plaintiff,

-against-

DENNY'S FASHION LLC,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _7/29/2024_

24 Civ. 4031 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed the parties' proposed case management plan filed on July 28, 2024. *See* ECF No. 11. The Court shall not schedule fact discovery for more than 120 days absent unique complexities or other exceptional circumstances. *See id.* ¶ 5. Accordingly, by **August 12, 2024**, the parties shall refile a proposed case management plan that corrects the deadlines for fact and expert discovery.

    SO ORDERED.

Dated: July 29, 2024
       New York, New York

                                                ANALISA TORRES
                                       United States District Judge