UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
BRAULIO THORNE, ON BEHALF OF
HIMSELF AND ALL OTHER
PERSONS SIMILARLY SITUATED,

        Plaintiffs,

        v.

DENNY'S FASHION LLC,

        Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

No.: 1:24-cv-04031-AT

NOTICE OF APPEARANCE

Notice is hereby given of the appearance of the undersigned as counsel for BRAULIO THORNE, on behalf of himself and all other persons similarly situated, in the above-entitled action. All further notices and copies of pleadings, papers, and other material relevant to this action should be directed to and served upon:

    Dana L. Gottlieb, Esq. (DG-6151)
    Gottlieb & Associates PLLC
    150 East 18th Street, Suite PHR
    New York, NY 10003
    Phone: (212) 228-9795
    Fax: (212) 982-6284
    Dana@Gottlieb.legal

Dated:   New York, New York
          July 30, 2024

                      Respectfully Submitted,

                      GOTTLIEB & ASSOCIATES PLLC

                      By: /s/ Dana L. Gottlieb
                          Dana L. Gottlieb, Esq. (DG-6151)