```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  10/3/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRAULIO THORNE, ON BEHALF OF HIMSELF AND ALL OTHER PERSONS SIMILARLY SITUATED,

                    Plaintiff,

    -against-                                    24 Civ. 4031 (AT)

DENNY'S FASHION LLC,                    **ORDER**

                    Defendant.

ANALISA TORRES, District Judge:

        The Court has reviewed the parties' letters dated September 29 and October 2, 2024. ECF Nos. 16, 18. Defendant's request for leave to file a motion to dismiss is DENIED without prejudice. By **October 24, 2024**, the parties are directed to exchange the first set of pre-motion letters discussed in Section III.B.ii of the Court's Individual Practices in Civil Cases. Following this exchange of letters, Plaintiff may seek leave to amend the complaint to address any deficiencies identified.

        SO ORDERED.

Dated: October 3, 2024
       New York, New York

                                            ANALISA TORRES
                                   United States District Judge