```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12/11/2024_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRAULIO THORNE, ON BEHALF OF HIMSELF AND ALL OTHER PERSONS SIMILARLY SITUATED,

                    Plaintiffs,

       -against-                                 24 Civ. 4031 (AT)

DENNY'S FASHION LLC,                      **ORDER**

                    Defendant.

ANALISA TORRES, District Judge:

      The case management conference scheduled for December 16, 2024, is ADJOURNED to **January 27, 2025**, at **10:00 a.m.**

      SO ORDERED.

Dated: December 11, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge