USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __1/14/2025__

**GOTTLIEB & ASSOCIATES**
**ATTORNEYS**

150 E. 18 St., Suite PHR, New York, NY 10003
212 228-9795    www.gottlieblaw.net

January 13, 2025

**VIA ECF**

The Honorable Analisa Torres
United States District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

                ***Re:***    *Thorne v. Dennys Fashion LLC*
                          Case No.: 1:24-cv-4031

Dear Judge Torres,

      The undersigned represents Braulio Thorne, ("Plaintiff") in the above referenced matter against Defendant, Dennys Fashion LLC, ("Defendant"). In light of Your Honor's Order on December 12, 2024 (Dkt. 22), we respectfully request that Your Honor grant an extension of thirty (30) days in order for the Settlement Agreement to be consummated. The undersigned anticipated the agreement would be consummated by Your Honor's deadline and sincerely apologizes for the delay. The undersigned is confident that this extension will allow ample time to consummate the agreement within the next 30 days.

      We appreciate this Court's and Your Honor's time and attention to this matter. Thank you for your anticipated cooperation in this matter. Should the Court have any questions, please do not hesitate to contact the undersigned attorney.

                                                                                       Respectfully submitted,

                                                  **GOTTLIEB & ASSOCIATES PLLC**

                                                              */s/Michael A. LaBollita, Esq.*
                                                                 Michael A. LaBollita, Esq.

GRANTED.

SO ORDERED.

Dated: January 14, 2025
       New York, New York

                                                   ANALISA TORRES
                                             United States District Judge